IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WESLEY L BAILEY *dba* P&B LOGGING, LLC *dba* LOG'AN HAUL, LLC
*dba* MIDSOUTH LOG & PULP LLC *dba* NORTH MS TIMBER HARVESTING, LLC
*dba* LOGAN BAILEY CONSTRUCTION, LLC
*aka* LOGAN BAILEY                                                                           DEBTOR(S)
                                                                              CASE NO. 19-10350-JDW
                                                                                            CHAPTER 13
FORD MOTOR CREDIT COMPANY LLC                                              CREDITOR

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW Ford Motor Credit Company LLC (FMCC), by counsel, and for its objection to confirmation of the proposed Chapter 13 Plan says:

1.  FMCC holds a secured claim covering a 2014 Ford F-250 vehicle. Debtor proposed to pay FMCC a value of $15,050.00, plus 2.9% interest.

2.  The replacement value of this collateral is $23,975.00. FMCC should be paid its net balance owed of $15,946.94, plus the current *Till* rate of 6.75% interest. Further, FMCC should retain its lien until the Debtor receives a discharge.

3.  The Chapter 13 Plan does not comply with the provisions of the Bankruptcy Code, the Plan should not be confirmed, and the case should be dismissed.

WHEREFORE, FMCC objects to confirmation as aforesaid and requests that this case be dismissed; and FMCC requests such other relief to which it may be entitled in the premises.

                                            Respectfully submitted,

                                            FORD MOTOR CREDIT COMPANY LLC


                                    by:     /s/Olivia Spencer, Its Attorney

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS  39205
PHONE:  601-948-1547, MB 104439
spencer@kingandspencer.net

## CERTIFICATE OF SERVICE

I, Olivia Spencer, Attorney for Ford Motor Credit Company, LLC, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing "Objection to Confirmation of Plan" to:

>Karen B. Schneller, Esq.
>karen.schneller@gmail.com
>ATTORNEY FOR DEBTOR(S)
>
>Locke D. Barkley
>sbeasley@barkley13.com
>TRUSTEE
>
>David W. Asbach
>USTPRegion05.JA.ECF@usdoj.gov
>U.S. TRUSTEE

SO CERTIFIED this the 1st day of March 2019.

>/s/Olivia Spencer

KING & SPENCER, PLLC
POST OFFICE BOX 123
JACKSON, MS  39205
PHONE:  601-948-1547, MB 104439
spencer@kingandspencer.net