

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 CASE NO.:

WESLEY L. BAILEY                                     19-10350-JDW

### ORDER WITHDRAWING OBJECTION TO CONFIRMATION (Dkt. #9)

THIS MATTER came before the Court on the Trustee's First Objection to Confirmation (Dkt. #9) (the "Objection") file by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Court being advised that the Trustee requests to withdraw the Objection. Upon request by the Trustee,

IT IS ORDERED that the Objection shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com