___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WESLEY L BAILEY *dba* P&B LOGGING, LLC *dba* LOG'AN HAUL, LLC
*dba* MIDSOUTH LOG & PULP LLC *dba* NORTH MS TIMBER HARVESTING, LLC
*dba* LOGAN BAILEY CONSTRUCTION, LLC
*aka* LOGAN BAILEY                                                               DEBTOR(S)
CASE NO. 19-10350-JDW
CHAPTER 13

FORD MOTOR CREDIT COMPANY LLC                                      CREDITOR

## ORDER ON OBJECTION TO CONFIRMATION AND ORDER AMENDING PLAN

THIS DAY this case came on for consideration of the Objection to Confirmation (#15) filed by Ford Motor Credit Company LLC (FMCC), and it appears that interested parties have resolved this objection and that they have consented to the entry of this order.

IT IS, THEREFORE, ORDERED that the Chapter 13 Plan of Debtors be, and it is hereby, amended so as to provide that FMCC shall be paid the sum of $15,946.94, plus 6.75% interest on its claim covering a 2014 Ford F250 vehicle, and the Trustee is directed to amend the wage order accordingly.

IT IS FURTHER ORDERED that the lien on said vehicle shall survive until Debtors receive a discharge and that no title documents shall be delivered until such time.

## ## END OF ORDER ##

APPROVED:

/s/ Olivia Spencer
Olivia Spencer, Attorney for Creditor
King & Spencer, PLLC
Post Office Box 123
Jackson, Ms 39205
(601) 948-1547 / MB #104439
/spencer@kingandspencer.net

/s/ Karen B. Schneller
Karen B. Schneller, Attorney for Debtor(s)
P.O. Box 417
Holly Springs, MS 38635
(662) 252-3224 / MB # 6558 / karen.schneller@gmail.com

/s/ W. Jeffrey Collier
Locke D. Barkley, Trustee