_____



**SO ORDERED,**

*[signature]*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WESLEY L BAILEY *dba* P&B LOGGING, LLC *dba* LOG'AN HAUL, LLC
*dba* MIDSOUTH LOG & PULP LLC *dba* NORTH MS TIMBER HARVESTING, LLC
*dba* LOGAN BAILEY CONSTRUCTION, LLC
*aka* LOGAN BAILEY                                                                                         DEBTOR(S)
                                                                                          CASE NO. 19-10350-JDW
                                                                                                         CHAPTER 13

FORD MOTOR CREDIT COMPANY LLC                                                      CREDITOR

**ORDER GRANTING ADEQUATE PROTECTION AND OTHER RELIEF**

**THIS DAY** this case came on for consideration of a motion for adequate protection payments (#14) to be made to Ford Motor Credit Company LLC (Creditor) on its secured claim covering a 2014 Ford F-250 vehicle bearing VIN 1FT7W2B60EEA30216, and there being no response filed, ~~and the Court is of the opinion that~~ said motion ~~should~~ is due to be granted as set forth herein. (JDW)

**IT IS, THEREFORE, ORDERED** that:

1. (non-910-day motor vehicle) Creditor is entitled to adequate protection payments of one and a half percent (1½%) per month of the sum of $15,946.94, for said property, for a monthly payment of $239.20, which is to be applied to the principal balance.

2. Debtor(s) shall pay the full plan payment to the trustee commencing not later than thirty (30) days after the order for relief as provided by 11 U. S. C. § 1326(a)(1), including a trustee administrative fee as established by the United States Attorney General pursuant to 28 U.S.C. § 586(e)(1)(B), subject to paragraph 4 below.

3. Upon the filing of a proof of claim by said creditor, the Chapter 13 Trustee shall monthly disburse such adequate protection payments or such lease payments to Creditor beginning not later than ninety (90) days from the date of the order for relief

and continuing until the Chapter 13 Plan is confirmed.

## ## END OF ORDER ##

SUBMITTED BY:

 /s/ Olivia Spencer
Olivia Spencer, Attorney for Creditor
King & Spencer, PLLC
Post Office Box 123
Jackson, Ms  39205
(601) 948-1547 / MB #104439 /
spencer@kingandspencer.net