CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Wesley L Bailey                    )              Case No.: 19–10350–JDW
        Debtor(s)                          )              Chapter: 13
                              )              Judge: Jason D. Woodard
                              )
                              )

      PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

      Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

      on 10/29/19 at 01:30 PM

      to consider and act upon the following:

        *97* – Objection to Confirmation of Chapter 13 Plan (Second Amended Plan Dkt.
        #95) Filed by Locke D. Barkley on behalf of Locke D. Barkley (Barkley, Locke)

Please note that a corporation, partnership, trust, or other business entity, other than a sole
proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 8/29/19

                                    Shallanda J. Clay
                                    Clerk, U.S. Bankruptcy Court

                           BY: EL
                                   Deputy Clerk